IN RE SMITH

   No. 558P97

   Case below: 127 N.C.App. 750

   Petition by respondent (Cindy Smith) for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

JEFFREYS v. SNAPPY CAR RENTAL

   No. 25P98

   Case below: 128 N.C.App. 171

   Petition by defendant (Atlantic) for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

LIN v. LIN

   No. 76P98

   Case below: 128 N.C.App. 533

   Notice of appeal by plaintiff pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 2 April 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

LIPTRAP v. CITY OF HIGH POINT

   No. 67P98

   Case below: 128 N.C.App. 353

   Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

McCARN v. BEACH

   No. 64P98

   Case below: 128 N.C.App. 435

   Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.